UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :

       -against-                                              :         16 Cr. 108 (WHP)

Andy Maccow,                                             :         <u>ORDER</u>
                     Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold sentencing for the defendant on Wednesday, May 6, 2020 at 10:30 a.m.  The dial-in number is 855-268-7844, passcode 32091812 and the PIN is 9921299.

Dated:  New York, New York
           May 5, 2020

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                  U.S.D.J.