UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :
                                           :
      -against-                         :        16 Cr. 108 (WHP)
                                           :
ANDY MACCOW,                               :        ORDER
                             Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The Defendant in the above captioned case, prisoner number 92123-054, has been sentenced to a term of imprisonment of "Time Served."

Dated: May 6, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.