UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

        -against-                              :                    S2 16 Cr. 108 (WHP)

Andy Maccow,                                  :                    ORDER

                Defendant.       :

----------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Clerk of Court is directed to unseal the guilty plea proceedings, sentencing

and associated docket entries for defendant Andy Maccow under 16-Cr-108 (WHP).

Dated: May 7, 2020
       New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                             U.S.D.J.