UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
        -against-                   :        16 Cr. 108 (WHP)
                                    :
Andy Maccow,                        :        ORDER
                Defendant,          :
----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      Patrick Joyce, Esq. is appointed pursuant to the Criminal Justice Act to represent Andy Maccow, *nunc pro tunc* to November 23, 2020.

Dated: November 24, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.