UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

        -against-                                    :         16 Cr. 108

Andy Maccow,                                              :         (WHP) ORDER
                        Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Thursday, December 17, 2020 at 3:30 p.m. regarding defendant's supervision.  The dial-in number is 888-363-4749, passcode 3070580.

Dated: December 11, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.