UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,          :

       -against-                                    :            16 Cr. 108

Andy Maccow,                                       :            (WHP) ORDER
                    Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The teleconference scheduled for April 1, 2021 is adjourned to June 22, 2021 at 2:00 p.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: April 1, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.