UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 16 Cr. 108 (WHP) |
| Andy Maccow, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The conference scheduled for June 22, 2021 is adjourned to June 23, 2021 at 3:00 p.m. The Dial in number will be 888-363-4749 and passcode 3070580.

Dated: June 17, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.