UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                              Plaintiff,

     -against-

ANDY MACCOW,

                              Defendant.

-------------------------------------------------------------- x

16-CR-108 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing set for today, September 21, 2021, is adjourned to **September 30, 2021** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
            September 21, 2021

*/s/ Andrew L. Carter, Jr.*
**ANDREW L. CARTER, JR.**
**United States District Judge**